**No. 49720.**—Protests 79256–K, etc., of Robert Badenhop Corp. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel sole crepe rubber similar to that the subject of *United States* v. *F. Lester Kittle* (31 C. C. P. A. 233, C. A. D. 276) was held entitled to free entry as claimed.

**No. 49721.**—Protests 60571–K(C), etc., of Caldarone & Grillo et al. (Boston, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49722.**—Protest 81616–K of C. S. Emery & Co. (St. Albans).

Opinion by EKWALL, J. At the hearing the Government counsel conceded that the merchandise is cider. The protest was therefore sustained to this extent.

**No. 49723.**—Protests 98684–K, etc., of Bohemian Distributing Co. et al. (Los Angeles, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49724.**—Protests 979968–G, etc., of H. Kellogg & Sons et al. (Boston, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49725.**—Protests 767991–G, etc., of Chong Kee Jan & Co. et al. (San Francisco, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, SEPTEMBER 25, 1944

**No. 49726.**—Petition 6399–R of Woodward & Lothrop (Baltimore).

Opinion by KINCHELOE, J. From examination of the record and the testimony, the court was satisfied that the entry was made without any intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.